Bankruptcy Case No.: 00-11095C-7G

Emerald Green Pension Fund   56-1956931
613 Rockspring Road
High Point, NC 27262
          Debtor(s)

\*AMENDED

TO THE DEBTOR, CREDITORS AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom #1
Second Floor
101 S. Edgeworth St.
Greensboro, NC 27401

on   July 24, 2001 at 09:30 am

to consider and act upon the following:

1. Motion by Charles M. Ivey, III, Trustee  Objecting to and
   Requesting a Determination of Claims filed by and through
   the Claim of the United States of America; and

2. Motion filed by Charles M. Ivey, III, Trustee, to Disallow
   the following Claims for Failure to Provide Court Ordered
   Additional Information:

   #9 by Prosper International Trust     #16 by Amad Associates
   #20 by Palmyra Financial              #21 by Pegasus Financial
   #22 by Protocol Financial             #26 by Shuku International
   #33 by Petroglyph Financial           #34 by Petroglyph Financial
   #35 by Petroglyh Financial            #53 by Gaddi Financial
   #54 by Gaddi Financial Group          #63 by Alpha-Omega Corporation

\*AMENDED to reflect the name of the Creditors and the NEW COURT
 DATE.

Dated: July 11, 2001 OFFICE OF THE CLERK/kwc