UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:

EMERALD GREEN PENSION FUND

Case No. B-00-11095

Debtor(s).

**ORDER FOR BANK TO STOP PAYMENT AND
AUTHORIZING TRUSTEE TO PAY FUNDS INTO U.S. TREASURY**

It appearing that a dividend and/or other monies have remained unclaimed in the above estate for longer than ninety (90) days after the final dividend was declared and distributed; and for good cause shown,

**IT IS ORDERED** that the bank on which these checks are drawn, immediately stop payment on the checks described below (Account No. 312024929466) and that JPMorgan Chase Bank, N.A. acknowledge stop payment by signing the Acknowledgment of Stop Payment Request and return it to this Court at the address shown on the Acknowledgment, within seven (7) days from this date; and

| Check No. | Claim No. | Check Date | Claimant / Address | Amount of Unclaimed Funds |
|---|---|---|---|---|
| 224 | 280 | 05/20/09 | Elizabeth Chambos<br>3428 North Elms Road<br>Flushing, MI 48433 | 12.80 |
| 247 | 63 | 05/20/09 | Alpha-Omega Corporation<br>c/o Arthur Cheek<br>1535 SW 58th Lane<br>Cape Coral, FL 33914 | 12.80 |
| 254 | 63 | 06/04/09 | Alpha-Omega Corporation<br>c/o Arthur Cheek<br>1535 SW 58th Lane<br>Cape Coral, FL 33914 | 6,373.40 |
| 268 | 25 | 08/17/09 | Dilip P. Punater<br>c/o Gita S. Deliwala<br>230 Savannah Aenue<br>Placentia, CA 92870 | 44.44 |

| | | | | |
|---|---|---|---|---|
| 293 | 63 | 08/17/09 | Alpha-Omega Corporation<br>c/o Arthur Cheek<br>1535 SW 58th Lane<br>Cape Coral, FL 33914 | 44.44 |

     IT IS FURTHER ORDERED that Charles M. Ivey, III, Trustee, pay to the Clerk, U.S. Bankruptcy Court, the total amount of the unclaimed monies described above within ten (10) days from this date together with a Supplemental Report, itemizing disbursement for these unclaimed funds.

List of Parties to be Served
B-00-11095

Michael D. West, Esq.
U. S. Bankruptcy Administrator
P. O. Box 1828
Greensboro, NC 27402

Charles M. Ivey, III
P. O. Box 3324
Greensboro, NC 27402